IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEREZ COLEMAN,<br><br>   Plaintiff,<br><br>v.<br><br>JUDGE STEPHEN KEHOE,<br>CITY OF TALBOT COUNTY, MD.,<br>DEPUTY COUNTY ATTORNEY<br>  JOSEPH COALE,<br>BRIAN FROSH,<br>JUDGE SYDNEY CAMPEN,<br>AMANDA TONDIH,<br>TERRY KOKALIS,<br>DEPUTY DIRECTOR CHRISTINA TYLER,<br><br>   Defendants. | Civil Action No.: JKB-22-2443 |

**ORDER**

For the reasons stated in the foregoing Memorandum, it is by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Motion to Proceed in Forma Pauperis (ECF No. 2) IS GRANTED;

2. The Motion to Certify Class Action (ECF No. 5) IS DENIED;

3. The Motion for United States Attorney to File a Statement of Interest (ECF No. 6) IS DENIED;

4. The Motion to Appoint Counsel (ECF No. 7) IS DENIED;

5. The Complaint IS DISMISSED PURSUANT TO 28 U.S.C. § 1915(e), without requiring service on Defendants;

6. The Clerk SHALL FLAG this case as a STRIKE;

7. Plaintiff IS FOREWARNED that after a third dismissal under 28 U.S.C. §1915(e),

he will not be permitted to file a civil action or proceeding unless he pays the full filing fee or proves he is under imminent danger of serious physical injury;

8. The Clerk SHALL PROVIDE a copy of the foregoing Memorandum and copy of this Order to Plaintiff; and

9. The Clerk SHALL CLOSE this case.

Dated this 6 day of April, 2022.

FOR THE COURT:

_____
James K. Bredar
Chief Judge